JOSEPH A. FRUMKIN, Respondent, v. C. F. MACDONALD REALTY CORPORATION and GARDEN CITY FOUNDERS, INC., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

In the Matter of Proving the Last Will and Testament of JOHN BECK, Deceased. BURDET B. BECK, Appellant; CLARA V. JACOBS, Respondent.— Decree of the Surrogate's Court of Kings county, in so far as appealed from, unanimously affirmed, without costs. The denial of the application for an order to show cause why the proceeding should not be reopened is not appealable and the appeal therefrom is, therefore, dismissed. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder. JJ.

In the Matter of the Application and Petition of THE CITY OF NEW YORK to Acquire Certain Real Estate at Mohansic Lake and Little Mohansic Lake, in the Town of Yorktown, Westchester County, New York, under the Greater New York Charter and Pursuant to Chapter 543 of the Laws of 1925, to Be Acquired for the Sanitary Protection of the Water Supply of the City of New York. THE CITY OF NEW YORK, Appellant; SARAH PERCY and EMILLIE MAILLOT, Respondents.*— Order amending order, in so far as appealed from, modified so as to provide for the entry thereof *nunc pro tunc* as of December 11, 1929, and as so modified affirmed, without costs. The county clerk exceeded his authority in docketing the order of December 11, 1929, as a judgment. His signature thereon did not change the character of the document. It was always an order; never a judgment. Claimants could not have been misled by the addition of the clerk's signature, which did not remove the proceeding from the effect of the Greater New York Charter, under which the limitation upon appeals is twenty days.† Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

In the Matter of the Application of COUNTY OF WESTCHESTER, Appellant, etc., to Acquire Title to Lands of SAMUEL W. WALLACH and Others, Defendants, and FRANCIS E. CURRY and SARAH L. CURRY, His Wife, Respondents.— Resettled order, in so far as appealed from, reversed upon the law, with costs, and motion to confirm the report of the commissioners with respect to parcel 52, sheet 10, granted, with costs and an additional allowance of five per cent of the amount of the award. We are of opinion that the commissioners did not adopt any erroneous theory of valuation. They adopted the ordinary and usual method for the valuation of property in proceedings of this character. They considered the theories of both parties and their witnesses and determined, from the testimony and their view, that the property taken was not available, standing alone, for the uses testified to by respondents' witnesses, but that its best use was in conjunction with respondents' remaining property. There was abundant evidence to sustain this finding, and the award made is fairly supported by the evidence. Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ., concur.

---

* This decision was amended on April 2, 1930.  (See 229 App. Div. ——.)— [REP.
† See Laws of 1901, chap. 466, § 505.— [REP.